NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1248, -1249

COMPAPER CORPORATION,

Plaintiff-Cross Appellant,

v.

ANTEC, INC.,

Defendant-Appellant,

and

BEST BUY CO., INC. and MICRO ELECTRONICS, INC.,

Defendants.

Appeals from the United States District Court for the Eastern District of Pennsylvania in case no. 05-CV-1103, Judge Petrese B. Tucker.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Antec, Inc. moves for a 60-day extension of time, until July 10, 2009, to file its opening brief. Compaper Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Stephen J. Driscoll, Esq.
     Robert P. Andris, III, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK

2009-1248, -1249                    - 2 -